EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Junta de Personal de la Rama Judicial | 2024 TSPR 72 213 DPR ___ |
|---|---|

Número del Caso: EN-2024-0001

Fecha: 26 de junio de 2024

Materia: Designación de miembro de la Junta de Personal de la Rama Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Junta de Personal de la Rama Judicial     EN-2024-0001     Designación de miembro de la Junta de Personal de la Rama Judicial

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de junio de 2024.

En virtud del Art. 4 de la Ley Núm. 64 de 31 de mayo de 1973, mejor conocida como la *Ley de Personal de la Rama Judicial*, 4 LPRA sec. 524, y el Art. 3 del *Reglamento de la Junta de Personal de la Rama Judicial*, 4 LPRA Ap. XIV, sec. III, se nombra como miembro de la Junta de Personal de la Rama Judicial al Lcdo. Luis R. Pérez Giusti, en sustitución del Lcdo. Hernán Chico Fuertes. El licenciado Pérez Giusti ejercerá el cargo por un término inicial de dos (2) años.

Este nombramiento entrará en vigor inmediatamente. De conformidad con la *Ley de Personal de la Rama Judicial*, *supra*, este profesional del Derecho ejercerá su cargo hasta que la persona que le sucederá sea nombrada y tome posesión.

Asimismo, este Tribunal agradece al licenciado Chico Fuertes por su colaboración con el Poder Judicial.

Publíquese.

Notifíquese al licenciado Pérez Giusti, a la Secretaria de la Junta de Personal de la Rama Judicial, al presidente y demás miembros de la Junta de Personal, así como al Director Administrativo de los Tribunales y a la Oficina de Asuntos Legales.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                                Secretario del Tribunal Supremo